UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



TREVOR HOLMES (#393007)

VERSUS

WARDEN STEVE RADAR

CIVIL ACTION

NO. 08-480-C

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 20, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's application for habeas corpus relief will be dismissed as untimely.

Baton Rouge, Louisiana, May 27, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA